IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| YLONDA WOULARD | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:17cv231-HSO-JCG |
| | § | |
| GREENWOOD MOTOR LINES, INC. | § | |
| d/b/a R+L CARRIERS, and | § | |
| CURTIS HARRIS, JR. | § | DEFENDANTS |

## FINAL JUDGMENT

The claims of Plaintiff Ylonda Woulard against Defendants Greenwood Motor Lines, Inc. doing business as R+L Carriers and Curtis Harris, Jr. came on for trial before the Court and a jury on the 12th day of February, 2019, and concluded on the 15th day of February, 2019, Honorable Halil Suleyman Ozerden, United States District Judge, presiding. The issues having been duly tried and having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Special Verdict Form, the jury retired to consider the verdict.

The jury returned upon their oaths, into open Court, a unanimous verdict, finding in favor of Plaintiff on her negligence claim brought against Defendants. The jury awarded Plaintiff $2,670,172.74 in actual economic damages and $1,500,000.00 in noneconomic damages. The jury also unanimously determined that 80% fault should be assessed to Defendant Curtis Harris, Jr. Applying the statutory cap for noneconomic damages pursuant to Mississippi Code § 11-1-60(2)(b), and in accordance with the jury's unanimous verdict,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Plaintiff Ylonda Woulard is awarded a judgment against Defendants Greenwood Motor Lines, Inc. doing business as R+L Carriers and Curtis Harris, Jr. in the amount of $2,136,138.19 in actual economic damages and $800,000.00 in total noneconomic damages, for a total judgment of $2,936,138.19, plus post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Final Judgment until paid in full.

**SO ORDERED AND ADJUDGED**, this the 19th day of February, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE